BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-10-0607 JSW / NJV |
|---|---|---|
| Plaintiff, | ) | **MOTION AND [PROPOSED] ORDER TO FILE PSYCHOLOGIST'S REPORT UNDER SEAL** |
| vs. | ) | |
| SHELLY JONES, | ) | Court: Hon. Nandor J. Vadas |
| | ) | Date: To Be Set |
| Defendant. | ) | Time: To Be Set |

MOTION & [PROPOSED] ORDER RE:
SEALED PSYCH REPORT, CR-10-0607 JSW       1

1  The psychologist's report prepared at the Court's direction to assess whether the
2  Defendant, Shelly Jones, poses a risk of suicide contains personal and potentially inculpatory
3  information that should not be provided to the public or to the United States Attorney's Office. It
4  is appropriate in certain cases to have our clients examined and to make a report of that
5  examination available to the Court in an *in camera* submission for the Court's review only.
6  Under those circumstances, only the Court reviews the report and will then either return it to
7  counsel or seal it, without disclosing it to either the Government or the Pretrial Services Office.
8  This proposed procedure is akin to situations where the Government is allowed in detention
9  hearings to submit certain sensitive information to the Court *in camera*. *See United States v.*
10 *Terrones*, 712 F. Supp. 786 (S.D. Cal. 1989) (court reviews legal authority and concludes that in
11 exceptional circumstances Government may submit information to Court *in camera*).
12  The need for *in camera* review only is acute. A defendant being examined must be
13 completely candid with the examining doctor, which includes making statements which might
14 incriminate her or be used not only by the Government at trial, but at later civil commitment
15 proceedings now authorized by the Adam Walsh legislation. Such candor can only be assured if
16 the defendant knows that the information she provides to the doctor will not be disclosed to
17 others.
18  Accordingly, Ms. Jones respectfully moves the Court for an order that the psychological
19 report of Dr. Scott Lines be filed under seal.
20
21 Dated: September 7, 2010
22                                                    Respectfully submitted,
23                                                    BARRY J. PORTMAN
                                                      Federal Public Defender
24
                                                          _____/s/_____
25                                                    LOREN D. STEWART
                                                      Assistant Federal Public Defender
26

MOTION & [PROPOSED] ORDER RE:
SEALED PSYCH REPORT, CR-10-0607 JSW         2

# [~~PROPOSED~~] ORDER

Good cause appearing, IT IS HEREBY ORDERED THAT the report prepared by Dr. Scott Lines regarding the Defendant in this case, Shelly Jones, shall be filed under seal.

IT IS SO ORDERED.

DATED: 9/8/10

_____
NANDOR J. VADAS
United States Magistrate Judge