MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
    Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6740
E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: CR 10-0607 JSW |
|     Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 9, 2010, TO OCTOBER 7, 2010 |
| SHELLY JONES | ) | |
| | ) | |

    The parties appeared before the Honorable Jeffrey S. White on September 9, 2010. On the motion of defendant, with no objection from the government, the Court found and held as follows:

    1. An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from SEPTEMBER 9, 2010, TO OCTOBER 7, 2010, in light of the need for effective preparation of the case by defendant's counsel and continuity of counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation.

    2. Given these circumstances, the Court found that the ends of justice served by

[PROPOSED] ORDER EXCLUDING TIME
CR 10-0607 JSW

1 | excluding the period from SEPTEMBER 9, 2010, TO OCTOBER 7, 2010, outweigh the best
2 | interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from SEPTEMBER 9, 2010, TO OCTOBER 7, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: September 13, 2010

                                  /s/
                           KATHRYN HAUN
                           Assistant U.S. Attorney

                                  /s/
                           LOREN STEWART
                           Counsel for Defendant

IT IS SO ORDERED.

DATED: September 13, 2010

                           THE HON. JEFFREY S. WHITE
                           United States District Court

[PROPOSED] ORDER EXCLUDING TIME
CR 10-0607 JSW                           2