BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0607 JSW |
| ) Plaintiff, ) | **JOINT STATUS STATEMENT REGARDING DETENTION** |
| vs. ) | |
| SHELLY DENISE JONES, ) | |
| ) Defendant. ) | |

The Pretrial Services Agency distributed a memorandum to the parties on September 20, 2010, regarding the surety who signed Ms. Jones's bond, and containing an updated list of conditions of pretrial release that are recommended for Ms. Jones. In light of the memorandum, Ms. Jones would like additional time to seek sureties that might satisfy the Pretrial Service Agency's requirements.

Accordingly, the parties are asking Magistrate Judge Zimmerman, by stipulation and proposed order, to vacate the continued detention hearing currently set for Wednesday, September 22, 2010, and re-calendar the hearing for Wednesday, September 29, 2010. The parties will make that request directly to Judge Zimmerman, by separate pleading from the instant status statement. The parties intend to submit briefing, if appropriate, subsequent to any

supplemental report from Pretrial Services regarding the solvency of any additional surety, but before the September 29, 2010, hearing.

JOINTLY SUBMITTED.

September 21, 2010
DATED

KATHRYN HAUN
Assistant United States Attorney

September 21, 2010
DATED

/s/
LOREN STEWART
Attorney for Shelly Denise Jones

JOINT STATUS STATEMENT RE:
DETENTION, CR-10-0607 JSW     2