1 | BARRY J. PORTMAN
Federal Public Defender
2 | LOREN D. STEWART
Assistant Federal Public Defender
3 | 19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700
5 |
Counsel for Defendant JONES
6 |
7 |
8 | IN THE UNITED STATES DISTRICT COURT
9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,              )   No. CR-10-0607 JSW
                                           )
12 |                        Plaintiff,      )   STIPULATION AND [PROPOSED]
                                           )   ORDER CONTINUING DETENTION
13 | vs.                                    )   HEARING
                                           )
14 |                                        )   Current Hearing Date: Sept. 22, 2010
                                           )   Time:       9:30 AM
15 | SHELLY JONES,                          )   Judge:      Hon. Bernard Zimmerman
                                           )
16 |                        Defendant.      )   Proposed Hearing Date: Sept. 29, 2010
                                           )   Time:       9:30 AM
17 |                                        )   Judge:      Hon. Bernard Zimmerman
                                           )
18 |
19 |      On September 17, 2010, the parties appeared before the Hon. Jeffrey S. White on the

20 | government's motion to revoke Magistrate Judge Vadas's release order in the above-captioned

21 | case. Judge White ordered additional conditions of release and affirmed the order of release,

22 | subject to verification of the viability of the surety identified by Ms. Jones. Judge White ordered

23 | Pretrial Services to conduct an inquiry into the solvency of said surety and to produce a report by

24 | September 20, 2010. He also calendared the continued detention hearing for proceedings relating

25 | to the surety to proceed before this Court on September 22, 2010.

26 | //

STIP & [PROPOSED] ORDER CONTINUING
DETENTION HEARING, CR-10-0607 JSW            1

1    On September 20, 2010, Pretrial Services produced a report indicating that the

2  previously-identified surety does not have assets or a positive monthly cash flow. Pretrial

3  Services recommended Ms. Jones's release in the report, but only if the bond is signed by a

4  solvent surety. Ms. Jones does not concede that a surety must be solvent to sign an unsecured

5  bond. However, in an effort to resolve this issue, Ms. Jones seeks additional time to identify and

6  provide to the Pretrial Services Agency an additional surety or sureties. The parties have

7  discussed this matter, and jointly propose that this Court continue the matter for one week to

8  facilitate such efforts. The parties are also notifying Judge White of this development by way of

9  a Joint Status Report Regarding Detention that will be filed with Judge White concurrently with

10  this request.

11    Accordingly, the parties jointly request that the Court vacate the hearing currently

12  scheduled for Wednesday, September 22, 2010, at 9:30 AM, and add this matter to the Court's

13  calendar on Wednesday, September 29, 2010, at 9:30 AM. Counsel intend to submit any

14  briefing, if necessary, before the hearing but subsequent to any supplemental report from Pretrial

15  Services regarding additional sureties. Undersigned counsel for Ms. Jones discussed this matter

16  with Your Honor's Courtroom Deputy on September 20, 2010.

17

18  IT IS SO STIPULATED.

19

20  September 21, 2010 \
    DATED

/s/ \
KATHRYN HAUN \
Assistant United States Attorney

21

22

23  September 21, 2010 \
    DATED

/s/ \
LOREN STEWART \
Attorney for Shelly Denise Jones

24

25  //

26  //

STIP & [PROPOSED] ORDER CONTINUING \
DETENTION HEARING, CR-10-0607 JSW          2

1    **[PROPOSED] ORDER**

2        For good cause shown, the continued detention hearing now scheduled for Wednesday,

3    September 22, 2010 is vacated. The matter shall be added to the Court's calendar on

4    Wednesday, September 29, 2010 at 9:30 AM.

5

6    IT IS SO ORDERED.

7

8

9    DATED

10                              HON. BERNARD ZIMMERMAN
                                United States District Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP & [PROPOSED] ORDER CONTINUING
DETENTION HEARING, CR-10-0607 JSW      3