BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHELLY JONES, <br><br> Defendant. | No. CR-10-0607 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING DETENTION HEARING** <br><br> **Current Hearing Date:** Sept. 29, 2010 <br> Time:     9:30 AM <br> Judge:    Hon. Bernard Zimmerman <br><br> **Proposed Hearing Date:** Oct. 8, 2010 <br> Time:     9:30 AM <br> Judge:    Hon. Joseph C. Spero |

On September 17, 2010, the parties appeared before the Hon. Jeffrey S. White on the government's motion to revoke Magistrate Judge Vadas's release order in the above-captioned case. Judge White ordered additional conditions of release and affirmed the order of release, adopting the recommendation of Pretrial Services, subject to verification of the viability of the surety identified by Ms. Jones. Judge White ordered Pretrial Services to conduct an inquiry into the solvency of said surety and to produce a report addressing the surety's solvency by September 20, 2010. He also calendared the continued detention hearing for proceedings relating to the surety to proceed before this Court on September 22, 2010. On request by stipulation of the

STIP & [PROPOSED] ORDER CONTINUING
DETENTION HEARING, CR-10-0607 JSW          1

parties, this Court continued the detention hearing from September 22 to September 29, 2010, to afford Ms. Jones additional time to seek a solvent surety who could sign the Personal Appearance Bond in this case. *See* Docket No. 25. Ms. Jones has thus far been unsuccessful in finding additional sureties.

The parties now stipulate to, and request that this Court order, an additional continuance to permit the parties to brief the legal question of surety solvency before the matter comes back on for a detention hearing. It is Pretrial Services' recommendation and the government's position that Ms. Jones may not be released unless she presents a solvent surety to sign the bond; Ms. Jones contests that recommendation and conclusion and seeks release. The parties are in the process of working out a briefing schedule that is acceptable to Magistrate Judge Spero and will file any stipulations regarding the schedule with Magistrate Judge Spero.

Accordingly, the parties jointly request that the Court vacate the hearing currently scheduled for Wednesday, September 29, 2010, at 9:30 AM, and add this matter to Magistrate Judge Spero's calendar on Friday, October 8, 2010, at 9:30 AM.

IT IS SO STIPULATED.

| September 28, 2010 | /s/ |
|---|---|
| DATED | KATHRYN HAUN |
| | Assistant United States Attorney |

| September 28, 2010 | /s/ |
|---|---|
| DATED | LOREN STEWART |
| | Attorney for Shelly Denise Jones |

//
//
//
//

**[PROPOSED] ORDER**

For good cause shown, the continued detention hearing now scheduled for Wednesday, September 29, 2010 is vacated. The matter shall be added to Magistrate Judge Spero's calendar on Friday, October 8, 2010, at 9:30 AM.

IT IS SO ORDERED.

DATED: 9/28/10

HON. BERNARD ZIMMERMAN
United States District Magistrate Judge