BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-607 JSW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE HEARING AND |
| v. ) | BRIEFING SCHEDULE |
| ) | |
| SHELLY JONES ) | **CURRENT HEARING DATE:** October 8, |
| ) | 2010, at 9:30 a.m. |
| Defendant. ) | |
| ) | **PROPOSED HEARING DATE:** October |
| _____ ) | 21, 2010, at 9:30 a.m. |

1. Shelly Jones made her first appearance in District Court on August 13, 2010. She was initially represented by Assistant Federal Public Defender Loren Stewart. On September 9, 2010, Magistrate Judge Vadas held a detention hearing in Ms. Jones's case and ordered the release of Ms. Jones. The government made a motion to revoke the release order.

2. On September 17, 2010, Judge White affirmed Judge Vadas's order of release, but remanded the case to the duty Magistrate Judge for further proceedings regarding the issue of whether sureties were adequate.

3. The parties set a hearing before Magistrate Judge Spero for October 8, 2010, with cross-filings due on October 4, 2010, and replies due on October 6, 2010.

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Jones*, CR 10-607 JSW        1

4. On September 29, 2010, Mr. Stewart went on paternity leave. Assistant Federal Public Defender Rita Bosworth will be taking over Ms. Jones's case.

5. In light of the need for Ms. Jones's new attorney to read discovery, meet with her client, and discuss the case with the government, the parties jointly agree to a continuance of the previously scheduled briefing and hearing dates.

6. The parties propose the following schedule:

    Cross-filing of briefs: October 13

    Cross-filing of replies (if any): October 19

    Hearing: October 21 at 9:30 a.m.

IT IS SO STIPULATED.

__10/4/2010_____     ___/s/_____
DATED     RITA BOSWORTH
    Assistant Federal Public Defender

__10/4/2010_____     ___/s/_____
DATED     KATHRYN HAUN
    Assistant United States Attorney

IT IS SO ORDERED.

____10/05/10_____     _____
DATED     JOSEPH C. SPERO
    United States Magistrate Judge

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Jones*, CR 10-607 JSW     2