BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHELLY JONES ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR-10-607 JSW <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND SUSPEND BRIEFING SCHEDULE <br><br> **CURRENT HEARING DATE:** October 21, 2010, at 9:30 a.m. <br><br> **PROPOSED HEARING DATE:** October 22, 2010, at 9:30 a.m. |

1. Shelly Jones made her first appearance in District Court on August 13, 2010. On September 9, 2010, Magistrate Judge Vadas held a detention hearing in Ms. Jones's case and ordered the release of Ms. Jones. The government made a motion to revoke the release order.

2. On September 17, 2010, Judge White affirmed Judge Vadas's order of release, but remanded the case to the duty Magistrate Judge for further proceedings regarding the issue of whether sureties were adequate.

3. A detention hearing is currently scheduled for October 21, 2010. The parties briefs on the issue of the adequacy of sureties are to be cross-filed on October 13.

//

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Jones*, CR 10-607 JSW                    1

4. The parties are currently in discussions and may be able to reach a resolution regarding the release issue.

5. The parties propose suspending the briefing schedule and returning to court on Friday, October 22, for a detention hearing. At that point, if the parties have reached a resolution, they may ask the court to release Ms. Jones on conditions. If a resolution has not been reached, the parties will request a new briefing schedule and hearing date.

IT IS SO STIPULATED.

10/12/10 /s/
_____  _____
DATED  RITA BOSWORTH
  Assistant Federal Public Defender

10/12/10 /s/
_____  _____
DATED  KATHRYN HAUN
  Assistant United States Attorney

IT IS SO ORDERED.

10/12/10
_____  _____
DATED  JOSEPH C. SPERO
  United States Magistrate Judge

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Jones*, CR 10-607 JSW            2